# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | CR 25-00102-ODW |
| Ronald Lee Robins DEFENDANT(S). | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |

Upon motion of _Defendant_, IT IS ORDERED that a detention hearing is set for _Tuesday, March 11, 2025_, _____, at _1:30_ ☐ a.m. / ☒ p.m. before the Honorable _Steve Kim_, in Courtroom _540_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: _March 5, 2025_

/s/ Steve Kim
Steve Kim, U.S. Magistrate Judge